

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00300-CV

**GARY AND THERESA POENISCH FAMILY LIMITED PARTNERSHIP**,
Appellant

v.

**TMH LAND SERVICES, INC.**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-02-00030-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file its reply brief is GRANTED. Appellant's reply brief is due on or before **February 11, 2021**.

It is so **ORDERED** on January 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT